# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0903
Lower Tribunal No. F20-14617

_____

**Seymour Quiles,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Seymour Quiles, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.